UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WRIGHT, | : | Case No. 1:16-cv-1031 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| JUDGE NADINE ALLEN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 8)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 2, 2016, submitted a Report and Recommendation.  (Doc. 8).  Plaintiff filed objections to the Report and Recommendation on November 18, 2016.  (Doc. 10).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does

---

[1] The Court has reviewed Plaintiff's objections and finds they are without merit.  Plaintiff's claims against the six judicial defendants in this case are barred, as judges are generally absolutely immune from civil suits for both monetary and injunctive relief.  Plaintiff's claims against defendant Poland that Poland improperly failed to send Plaintiff an absentee ballot are meritless as Plaintiff is an incarcerated felon and therefore does not have eligibility to vote under Ohio law.  Plaintiff's complaint therefore fails to state a claim on which relief can be granted.

determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

2. Plaintiff's motion for temporary restraining order and emergency hearing (Doc. 2) is **DENIED**;

3. The clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** in this Court.

**IT IS SO ORDERED.**

Date:  ___1/3/2017_____        _____
                                                            Timothy S. Black
                                                            United States District Judge